UNITED STATES DISTRICT COURT         EASTERN DISTRICT OF TEXAS

CURTIS GUILLORY,                      §
                                      §
       Plaintiff,              §
                                      §
versus                                §   CIVIL ACTION NO.1:23-CV-421
                                      §
ROSS STORES, INC.,                    §
                                      §
       Defendant.              §

## ACKNOWLEDGMENT OF DISMISSAL

    The parties have filed a Joint Stipulation of Dismissal with Prejudice (#10) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the court acknowledges that this action is dismissed in its entirety, with prejudice, effective the date of the parties' voluntary dismissal.  Each party shall bear its own costs of court and attorneys' fees.

    SIGNED at Beaumont, Texas, this 21st day of November, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE